# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| CHARLES LUNSFORD<br>2200 Martin Hill Road,<br>Aberdeen, Ohio 45101<br><br>And,<br><br>JENNIFER LUNSFORD<br>2200 Martin Hill Road,<br>Aberdeen, Ohio 45101<br><br>    Plaintiffs,<br><br>v.<br><br>U.S. Department of Agriculture<br>c/o Office of General Counsel<br>P.O. Box 1297<br>Harrisburg, PA 17108,<br><br>And,<br><br>Brown County Treasurer<br>Connie Patrick<br>800 Mt. Orab Pike, Suite 171,<br>Georgetown, Ohio 45121,<br><br>And,<br><br>Tax Ease Ohio III, LLC,<br>c/o CSC Lawyers Incorporating Service<br>50 West Broad St., Suite 1800<br>Columbus, OH 43215,<br><br>And,<br><br>Hanson Aggregates Midwest LLC,<br>c/o Corporation Service Company<br>50 West Broad Street, Suite 1330<br>Columbus, OH 43215,<br><br>    Defendants. | Civil Action No.:  1:19-cv-00095<br><br>Judge:<br><br>Magistrate:<br><br>**JURY TRIAL DEMANDED HEREIN** |

1

**PLAINTIFFS CHARLES AND JENNIFER LUNSFORD'S COMPLAINT FOR DECLARATORY JUDGMENT AND TO QUIET TITLE**

**<u>JURY TRIAL DEMANDED HEREIN</u>**

The following allegations are based upon Plaintiffs Charles Lunsford's ("Mr. Lunsford") and Jennifer Lunsford's ("Mrs. Lunsford") (collectively, the "Lunsfords") personal knowledge, the investigation of counsel, and information and belief. The Lunsfords, through counsel, allege as follows:

**I.      PRELIMINARY STATEMENT**

1. The Lunsfords institute this action for declaratory judgment and to quiet title against the U.S. Department of Agriculture ("USDA"), Brown County Treasurer ("Treasurer"), Tax Ease Ohio III, LLC ("Tax Ease"), and Hanson Aggregates Midwest LLC, ("Hanson").

**II.     JURISDICTION**

2. This Court has subject matter jurisdiction for Count One pursuant to 28 U.S.C. § 1346(f) and 28 U.S.C. § 2409a(a), or 28 U.S.C. § 1331, and 28 U.S.C. § 1367.

3. This Court has personal jurisdiction over the USDA pursuant to 7 C.F.R. § 1.41, and Fed.R.Civ.P. 4(i) and 4(k).

4. The U.S. Government and USDA have waived sovereign immunity pursuant to 28 U.S.C. § 2410(a)(1).

5. This Court has personal jurisdiction over the Treasurer pursuant to Fed.R.Civ.P. 4(j) and 4(k).

6. This Court has personal jurisdiction over Tax Ease pursuant to Fed.R.Civ.P. 4(k).

7. This Court has personal jurisdiction over Tax Ease because it conducts substantial business in this District and this lawsuit arises out of acts that occurred in this District. *International Shoe v. Washington*, 326 U.S. 310 (1945).

8. This Court has personal jurisdiction over Hanson pursuant to Fed.R.Civ.P. 4(k).

9. This Court has personal jurisdiction over Hanson because it conducts substantial business in this District and this lawsuit arises out of acts that occurred in this District. *International Shoe v. Washington*, 326 U.S. 310 (1945).

10. Venue is proper in accordance with 28 U.S.C. 1391(b)(2), as a substantial part of the events leading to this lawsuit arose out of acts which occurred in this District, and the Property is located in this District.

### III. PARTIES

11. Mr. Lunsford is a natural person currently residing within this Court's jurisdiction at 2200 Martin Hill Road, Aberdeen, Ohio 45101, which is his primary residence.

12. Mrs. Lunsford is a natural person currently residing within this Court's jurisdiction at 2200 Martin Hill Road, Aberdeen, Ohio 45101, which is her primary residence.

13. The Lunsfords are people in possession of the Property pursuant to Ohio Rev. Code Ann. § 5303.01.

14. The USDA is a department of and agent of the United States, existing under the laws of the United States, and is headquartered in Washington, D.C., at 1400 Independence Ave, S.W., Washington, DC 20250.

15. The Treasurer is the local tax collection office of Brown County, Ohio and is organized under the laws of the State of Ohio as well as existing under the laws of the United States. Its office is located on 800 Mt. Orab Pike, Suite 171, Georgetown, OH 45121.

16. Tax Ease is an Ohio limited liability company organized under the laws of the State of Ohio as well as existing under the laws of the United States. Its primary office is located in Dallas, Texas at 14800 Landmark Blvd., Suite 400, Dallas, TX 75254.

17. Hanson is a Kentucky limited liability company organized under the laws of the State of Kentucky as well as existing under the laws of the United States. Its primary office is located in Louisville, KY at 207 Old Harrods Creek Rd., Louisville, KY 40223.

## IV.  FACTUAL ALLEGATIONS

18. On or around April 30, 2009, Plaintiffs Charles Lunsford ("Mr. Lunsford") and Jennifer Lunsford ("Mrs. Lunsford") (Collectively, the "Lunsfords"), were granted the Property commonly known as 2220 Martin Hill Rd., Aberdeen, Ohio 45101 (the "Property"), by survivorship deed. Exhibit A.

19. On or around April 30, 2009, the Lunsfords allegedly executed a promissory note and mortgage with USDA, acting through the Farm Service Agency of Brown County (the "Original Mortgage Loan"). Exhibit B.

20. On or around July 21, 2009, the Lunsfords purchased a manufactured home, moved it to the Property, and began living on and farming the Property. Exhibit C.

21. On or around July 29, 2011, the Lunsfords allegedly executed another promissory note and mortgage with USDA, acting through the Farm Service Agency of Brown County (the "Second Mortgage Loan"). Exhibit D.

22. The Second Mortgage Loan was used by the Lunsfords and the USDA to satisfy the Original Mortgage Loan.

23. The Original Mortgage Loan has been satisfied.

24. The USDA improperly failed to file a release of the Original Mortgage Loan in the Office of the Brown County Recorder.

25. On or around March 8, 2012, the USDA sent the Lunsfords a Notice of Intent to Accelerate the total amounts allegedly due to it under all security instruments it possessed on the Property. Exhibit E.

26. On or around November 15, 2012, the USDA accelerated the total amounts allegedly due to it under all security instruments it possessed on the Property. Exhibit F.

27. The only amounts listed as allegedly due were amounts allegedly owed under the Second Mortgage Loan. Compare Exhibit D and Exhibit F.

28. Hanson may claim an interest in the Property by virtue of an Affidavit for Mechanic's Lien filed with the Brown County Recorder on or around January 16, 2012. Exhibit G.

29. Tax Ease has, or may claim to have, an interest in the Property by virtue of a tax certificate filed with the Brown County Recorder on or around December 22, 2016. Exhibit H.

30. Tax Ease has, or may claim to have, an interest in the Property by virtue of a tax certificate filed with the Brown County Recorder on or around October 29, 2018. Exhibit I.

31. The Treasurer has, or may claim to have, an interest in the Property by virtue of recorded liens or other interests.

32. Accordingly, the Lunsfords institute this action for declaratory judgment and to quiet title against the U.S. Department of Agriculture ("USDA"), Brown County Treasurer ("Treasurer"), Tax Ease Ohio III, LLC ("Tax Ease"), and Hanson Aggregates Midwest LLC, ("Hanson"), for the property located at 2200 Martin Hill Road, Aberdeen, Ohio 45101.

V.    **CAUSE OF ACTION**

**QUIET TITLE**

1. The Lunsfords incorporate all paragraphs by reference as though fully written here.

2. The Lunsfords are the owner of the Property in fee simple.

3. The Lunsfords obtained fee simple title to the Property by means of a survivorship deed recorded on or about April 30, 2009.

4. The Lunsfords are people in possession of the Property pursuant to Ohio Rev. Code Ann. § 5303.01.

5. The USDA may claim an interest, lien, or estate in the Property that is adverse to the Lunsfords by virtue of the Original Mortgage Loan.

6. The Original Mortgage Loan was satisfied by the Second Mortgage Loan.

7. The USDA may claim an interest, lien, or estate in the Property that is adverse to the Lunsfords by virtue of the Second Mortgage Loan.

8. Any interest, lien, or estate in the Property claimed by the USDA is barred by the applicable statute of limitations.

9. The USDA's failure to release the Original Mortgage creates a cloud on the title of the Property.

10. The USDA's failure to release the Second Mortgage creates a cloud on the title of the Property.

11. Any further action to enforce the Original or Second Mortgage is barred for the reasons stated in this Complaint.

12. Hanson may claim an interest, lien, or estate in the Property that is adverse to the Lunsfords by virtue of the Mechanic's Lien.

13. Hanson's failure to release the Mechanic's Lien creates a cloud on the title of the Property.

14. Tax Ease may claim an interest, lien, or estate in the Property that is adverse to the Lunsfords by virtue of the 2016, and 2018 tax lien certificates.

15. Tax Ease's failure to release the tax certificates creates a cloud on the title of the Property.

16. The Treasurer may claim an interest, lien, or estate in the Property that is adverse to the Lunsfords by virtue of alleged delinquent taxes or other interests on the Property.

17. The Treasurer's failure to release the its interest in the Property creates a cloud on the title of the Property.

18. The Lunsfords seek declaratory relief on any lien by virtue of the Note or Mortgage and quieting title in accordance with Ohio Rev. Code Ann. § 5303.01 with respect to this debt.

19. The Lunsfords are entitled to an order from this Court quieting the title to the Property in the Lunsfords' favor as to any lien of Defendants or their predecessors or successors and the recording of such an order with the Brown County Recorder's Office.

**VI.     PRAYER FOR RELIEF**

**WHEREFORE**, the Lunsfords respectfully request that this Court:

A. Assume jurisdiction of the Lunsfords' claims;

B. Grant judgment in favor of the Lunsfords on their claims;

C. Issue an order prohibiting Defendants, or their predecessors or successors, from bringing any future action to enforce the Original Mortgage.

D. Issue an order prohibiting Defendants, or their predecessors or successors, from bringing any further action to enforce the Second Mortgage.

E. Issue an order prohibiting Defendants, or their predecessors or successors, from bringing any further action to enforce the Mechanic's Lien.

F. Issue an order prohibiting Defendants, or their predecessors or successors, from bringing any future action to enforce the 2016 Tax Certificate.

G. Issue an order prohibiting Defendants, or their predecessors or successors, from bringing any further action to enforce the 2018 Tax Certificate.

H. Quiet title as to any lien or claim by any Defendant or their predecessors or successors.

I. Issue an order determining the interests of the parties, mandating to the Clerk of Courts to file said order with the Brown County Recorder's Office, and taxing the costs of this filing to Defendants; and

J. Award the Lunsfords all other relief the Court deems fair and equitable.

Dated: February 7, 2019

>Respectfully Submitted,
>DOUCET & ASSOCIATES CO., L.P.A.
>
>*/s/Brian A. Brown*
>Brian A. Brown (0096733)
>*Attorney for Plaintiffs*
>700 Stonehenge Parkway, Suite 2B
>Dublin, OH  43017
>(614) 944-5219 PH
>(818) 638-5548 FAX
>brian@doucet.law

## JURY TRIAL DEMANDED

Plaintiffs respectfully request a jury trial on all triable issues.

>*/s/ Brian A. Brown*
>Brian A. Brown (0096733)